# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2279
Lower Tribunal No. 14-115-CC

_____

RIVERCLUB OF PORT CHARLOTTE HOMEOWNERS' ASSOCIATION, INC.,

Appellant,

v.

CLAUDETTE McLENNON,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
John L. Burns, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

STARGEL and NARDELLA, JJ., and LAMBERT, B.D., Associate Judge, concur.


Keith H. Hagman, of Pavese Law Firm, Fort Myers, for Appellant.

John C. Webb, of John Webb Legal Group, P.L., Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED